THE LAW OFFICE OF RICHARD G. CAMPBELL, JR. INC.
RICHARD G. CAMPBELL, JR. (Bar No. 1832)
200 S. Virginia Street, 8th Floor
Reno, NV 89501
Telephone: (775) 686-2446
Facsimile: (775) 686-2401
rcampbell@rgclawoffice.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| IMC INVESTMENT GROUP CNR, LLC, a Nevada limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT RADOVAN, WILLIAM CRISWELL, BRANDYN IVERSON, CRISWELL RADOVAN, LLC, a Nevada limited liability company; CR Cal Neva, LLC, a Nevada limited liability company; BRUCE COLEMAN; POWELL, COLEMAN and ARNOLD LLP; DAVID MARRINER; MARRINER REAL ESTATE, LLC, a Nevada limited liability company; HEATHER HILL and LISA PACEY,<br><br>    Defendants. | CASE NO. 3:17-CV-00581 |

**STIPULATION FOR EXTENSTION OF TIME**

IT IS HEREBY STIPULATED by and between the parties, and their respective counsel that Plaintiff shall have until December 19, 2017 to file its opposition to Defendant's Motion to Dismiss

///

///

///

///

1

Plaintiff's Complaint for Failure to State a Claim.  Defendants shall have until January 12, 2018 to file its reply to Plaintiffs' Opposition to Motion to Dismiss.

DATED:  December 4, 2017.	THE LAW OFFICE OF RICHARD G. CAMPBELL, JR. INC.

By: /s/ Richard G. Campbell, Jr.
RICHARD G. CAMPBELL, JR.
Attorney for Plaintiff

DATED: December 4, 2017.	HOWARD AND HOWARD

By: /s/ Martin A. Little
MARTIN A. LITTLE
Attorney for Defendants

**IT IS SO ORDERED.**

DATED this 4th, day of December, 2017.

United States District Judge