THE LAW OFFICE OF RICHARD G.
CAMPBELL, JR. INC.
RICHARD G. CAMPBELL, JR. (Bar No. 1832)
333 Flint Street
Reno, NV  89501
Telephone: (775) 384-1123
Facsimile: (775) 686-2401
rcampbell@rgclawoffice.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

IMC INVESTMENT GROUP CNR, LLC,
a Nevada limited liability company,

               Plaintiff,

        v.

ROBERT RADOVAN, WILLIAM
CRISWELL, BRANDYN IVERSON,
CRISWELL RADOVAN, LLC, a Nevada
limited liability company; CR Cal Neva,
LLC, a Nevada limited liability company;
BRUCE COLEMAN; POWELL,
COLEMAN and ARNOLD LLP; DAVID
MARRINER; MARRINER REAL
ESTATE, LLC, a Nevada limited liability
company;  HEATHER HILL and LISA
PACEY,

               Defendants.

CASE NO.  3:17-CV-00581

## NOTICE OF CHANGE OF ADDRESS

     PLEASE TAKE NOTICE that effective January 1, 2018, the address for The Law Office

of Richard G. Campbell, Jr., Inc. will be changed to 333 Flint Street, Reno, Nevada 89501.  The

///

///

///

///

1

NOTICE OF CHANGE OF ADDRESS

1   telephone number will also change to 775-384-1123; the fax and email address remain the same.

2   Please update your service list accordingly.

3   DATED: January 3, 2018.                          THE LAW OFFICE OF RICHARD G.
                                                      CAMPBELL, JR. INC.
4

5                                                     By: /s/ Richard G. Campbell, Jr.
                                                      RICHARD G. CAMPBELL, JR.
                                                      Attorney for Plaintiff
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

NOTICE OF CHANGE OF ADDRESS

1

# UNITED STATES DISTRICT COURT

2

**AFFIRMATION**
**Pursuant to NRS 239B.030**

3

4

The undersigned does hereby affirm that the preceding document, filed in this case:
**NOTICE OF CHANGE OF ADDRESS**;

5

☒    Document does not contain the social security number of any person

6

- OR -

7

☐    Document contains the social security number of a person as required by:

8

☐    A specific state or federal law, to wit:

9

10

_____
(State specific state or federal law)

11

- or -

12

☐    For the administration of a public program

13

- or -

14

☐    For an application for a federal or state grant

15

Dated:  January 3, 2018.                    THE LAW OFFICE OF RICHARD G.

16

CAMPBELL, JR. INC.

17

18

By:  /s/ Richard G. Campbell, Jr.

19

20

21

22

23

24

25

26

27

28

3

NOTICE OF CHANGE OF ADDRESS

**PROOF OF SERVICE**

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action.  My business address is The Law Office of Richard G. Campbell, Jr. Inc., 200 S. Virginia Street, 8th Floor, Reno, NV  89501.   On January 3, 2018, I served the following document(s):

**NOTICE OF CHANGE OF ADDRESS**

☐   **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐   **BY HAND:** by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐   **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Reno, Nevada addressed as set forth below.

☐   **BY EMAIL:** by causing the document(s) to be electronically served.

☐   **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

☐   **BY PERSONAL DELIVERY:** by causing personal delivery by  **Reno Carson Messenger Service**  of the document(s) listed above to the person(s) at the address(es) set forth below.

☒   **BY E-MAIL/ELECTRONIC FILING SYSTEM:** by causing the document(s) to be electronically served via the court's electronic filing system to the following attorneys associated with this case.

Martin A. Little
Howard and Howard
3800 Howard Hughes Pkwy, Ste 1000
Las Vegas, Nevada  89169

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 3, 2018, at Reno, Nevada.

/s/ Danielle Bleecker

4

NOTICE OF CHANGE OF ADDRESS